COURT OF APPEALS

                                                 SECOND DISTRICT
OF TEXAS

                                                                FORT
WORTH 

 

                                                 NO.
2-09-279-CV

 

NYAGUDI O. OKUMU                                                                        APPELLANT

                                                                                                    AND
APPELLEE

 

                                                             V.

 

WELLS FARGO BANK, N.A.                                                                 APPELLEE

                                                                                                  AND
APPELLANT

                                                        ----------

                   FROM PROBATE COURT NO. 2 OF
TARRANT COUNTY

                                                        ----------

                    MEMORANDUM
OPINION[1] AND
JUDGMENT

                                                        ----------

We have
considered the parties= AJoint
Motion To Dismiss Appeal,@ seeking dismissal of both the
appeal and the cross-appeal.  It is the
court=s
opinion that the motion should be granted; therefore, we dismiss the appeal and
the cross-appeal.  See Tex. R.
App. P. 42.1(a)(2), 43.2(f).

Costs of
the appeal shall be paid by the party incurring the same, for which let
execution issue. 

PER CURIAM

 

PANEL:  MCCOY, J.; LIVINGSTON,
C.J.; and MEIER, J.

 

DELIVERED:  May 27, 2010











[1]See Tex. R. App. P. 47.4.